UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMMIE SLACK,

Plaintiff,

v.

EARL X. WRIGHT, ELAINE FARR,
JOHN DOE, MELISSA HALLMARK,
ERIC BAUER, AMANDA THOMAS,
JANE 1-2 DOES,

Defendant.

CASE NO. 3:15-CV-05270-RBL-DWC

ORDER TO SHOW CAUSE

On August 3, 2015, Plaintiff submitted a Motion for Preliminary Injunction by U.S. Mail. Dkt. 14.  On August 4, 2015, the Clerk reminded Plaintiff compliance with the Court's E-Filing Program is mandatory.  Plaintiff submitted a Motion in Support of the June 9, 2015 Order to Show Cause on August 10, 2015 by U.S. Mail. Dkt. 15. The Clerk again notified Plaintiff he is required to comply with the Court's E-Filing Program on August 10, 2015.  Despite two warnings, Plaintiff has again submitted a filing by U.S. Mail. Dkt. 16.  Plaintiff alleges, without

1  specific detail, the administrators at WSP are refusing to file his injunction motion and his

2  Complaint. *See* Dkt. 16.

3     Accordingly, it is **ORDERED:**

4     (1)   Plaintiff shall provide a written, detailed explanation regarding why he is failing

5  to comply with the mandatory E-Filing Program. This explanation must be provided to the Court

6  on or before September 25, 2015. If Plaintiff fails to provide a meaningful response to this Order,

7  all future filings submitted by Plaintiff after September 19, 2015 not in compliance with the E-

8  Filing Program will be returned to him unfiled.

9     (2)   The Clerk shall provide a copy of this Order to Plaintiff.

10    Dated this 24th day of August, 2015.

11

12

     David W. Christel
13   United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2