UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOMMIE SLACK,<br><br>                        Plaintiff,<br>    v.<br><br>EARL X. WRIGHT, ELAINE FARR, JOHN DOE, MELISSA HALLMARK, ERIC BAUER, AMANDA THOMAS, JANE 1-2 DOES,<br><br>                        Defendants. | No. C15-5270 RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Plaintiff's Motions for Temporary Injunction (Dkt. 11, 14, 17) are **DENIED.**

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Chirstel.

**DATED** this 16th day of October, 2015.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1