UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMMIE SLACK,

      Plaintiff,

  v.

ELAINE FARR, ERIC BAUER, MASON, SHERIDAN, EDMISTER, ANGELLA COKER, CASSANDRA KUESTERMEYER,

      Defendants.

CASE NO. 3:15-CV-05270-RBL-DWC

ORDER GRANTING PLAINTIFF'S MOTION TO SHOW CAUSE OR AMEND

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. *See* Dkt. 6. Currently before the Court is Plaintiff's Motion in Support of the Court Order to Show Cause or Amend. Dkt. 15. In his Motion, Plaintiff requests his case be allowed to proceed and attaches his Second Amended Complaint. Dkt. 15, 15-1.  After review of the Motion, the Court has determined it is proper to serve Plaintiff's Second Amended Complaint.  Accordingly, Plaintiff's Motion in Support of the Court Order to Show Cause or Amend (Dkt. 15) is granted.

Dated this 29th day of October, 2015.

David W. Christel
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
TO SHOW CAUSE OR AMEND - 1