UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMMIE SLACK,

                    Plaintiff,

    v.

EARL X WRIGHT, et al.,

                    Defendants.

No. 3:15-CV-05270-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1)     The Court adopts the Report and Recommendation.

2)     Plaintiff's Motion for a Temporary Restraining Order is DENIED.

3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 21st day of January, 2016.

                                                            Ronald B. Leighton (as auth/dn)
                                                            United States District Judge