UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMMIE SLACK,

          Plaintiff,

    v.

ELAINE FARR, ERIC BAUER, MASON, SHERIDAN, EDMISTER, ANGELLA COKER, CASSANDRA KUESTERMEYER,

          Defendants.

CASE NO. 3:15-CV-05270-RBL-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants Farr, Bauer, Mason, Sheridan, Coker, and Kuestermeyer's Motion to Dismiss Judgment [Dkt. #42] is GRANTED.

    (3)    Plaintiff Slack's claim against Defendant Edmister sua sponte is DISMISSED with prejudice because it is time-barred.

    (4)    The case is closed.

(5) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 13th day of April, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2
ORDER ADOPTING REPORT AND
RECOMMENDATION - 2